Thomas J. Nolan, SBN 48413
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile
tnolan@nablaw.com

Attorneys for Defendant
John Quoc Le

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN QUOC LE, ET AL.,<br><br>　　　　　　Defendants. | Case No.: CR 10-00731-LHK<br><br>**STIPULATION REQUESTING CONTINUANCE OF SENTENCING OF DEFENDANT JOHN QUOC LE; [PROPOSED] ORDER** |

Defendant JOHN QUOC LE and Plaintiff UNITED STATES OF AMERICA, by and through their respective counsel, hereby stipulate and agree that, with the Court's approval, Mr. Le's sentencing hearing, currently set for Wednesday, March 14, 2012 at 10:00 a.m., shall be moved to Wednesday, June 6, 2011 at 10:00 a.m.  The continuance is necessary in order for the parties to adequately prepare for the sentencing hearing.

IT IS SO STIPULATED.

Dated: February 8, 2012　　　　　　　　　　　NOLAN, ARMSTRONG & BARTON LLP


By  */s/ Thomas J. Nolan*
　　Thomas J. Nolan
　　Attorneys for Defendant
　　JOHN QUOC LE

Dated: February 7, 2012

UNITED STATES ATTORNEY'S OFFICE

By  /s/ Michelle Justine Kane
    Michelle Justine Kane
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

### ATTESTATION PER GENERAL ORDER 45

I, Thomas J. Nolan, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Michelle Kane has concurred with this filing.

### [PROPOSED] ORDER CONTINUING SENTENCING HEARING

GOOD CAUSE APPEARING, and upon stipulation of defendant Le and the United States, IT IS HEREBY ORDERED that Mr. Le's sentencing hearing, currently set for Wednesday, March 14, 2012 at 10:00 a.m., shall be continued to Wednesday, June 6, 2011 at 10:00 a.m.

**IT IS SO ORDERED**

Dated: February  9 , 2012

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge