1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Tel: (510) 637-6380
7     Fax: (510 637-3724
      E-Mail: michelle.kane3@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,         )   CR 10-00731 LHK
14                                   )
         Plaintiff,                  )   STIPULATION AND [PROPOSED]
15                                   )   ORDER CONTINUING SENTENCING
                                     )   DATE FROM JUNE 6, 2012 TO
      v.                             )   SEPTEMBER 12, 2012.
16                                   )
   JOHN QUOC LE,                     )
17                                   )
         Defendant.                  )
18  _____ )

19      Defendant JOHN QUOC LE and the United States, by and through their respective

20  counsel, hereby stipulate and agree that, with the Court's approval, Mr. Le's sentencing hearing,

21  currently set for June 6, 2012, at 9:00 a.m., shall be moved to September 12, 2012, at 9:00 a.m.

22  The continuance is necessary in order for the parties to adequately prepare for the sentencing

23  //

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 10-00731 LHK

hearing. The parties have consulted Probation Officer Karen Mar, and she has no objection to the proposed continuance.

IT IS SO STIPULATED.

Dated: May 10, 2012

           MELINDA HAAG
           United States Attorney

           /s/
           MICHELLE J. KANE
           Assistant United States Attorney

Dated: May 10, 2012

           /s/
           THOMAS J. NOLAN
           Counsel for John Quoc Le

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in *United States v. John Quoc Le*, currently scheduled for June 6, 2012, is continued to September 12, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 5/10, 2012

LUCY H. KOH
United States District Judge

STIPULATION AND [P~~ROPOSED~~] ORDER
CR 10-00731 LHK        2