MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Tel: (510) 637-6380
   Fax: (510 637-3724
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN QUOC LE, ) <br> ) <br>    Defendant. ) | CR 10-00731 LHK <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM DECEMBER 12, 2012, TO MARCH 13, 2013. |

     Defendant JOHN QUOC LE and the United States, by and through their respective counsel, hereby stipulate and agree that, with the Court's approval, Mr. Le's sentencing hearing, currently set for December 12, 2012, at 9:00 a.m. be continued to March 13, 2013, at 9:00 a.m. The continuance is necessary in order for the parties to adequately prepare for the sentencing

//

STIPULATION AND [PROPOSED] ORDER
CR 10-00731 LHK

hearing. The parties have consulted Probation Officer Karen Mar, and she has no objection to the proposed continuance.

IT IS SO STIPULATED.

Dated: November 6, 2012

MELINDA HAAG
United States Attorney

/s/
MICHELLE J. KANE
Assistant United States Attorney

Dated: November 6, 2012

/s/
THOMAS J. NOLAN
Counsel for John Quoc Le

### ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in *United States v. John Quoc Le*, currently scheduled for December 12, 2012, is hereby continued to March 13, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 11/8, 2012

LUCY H. KOH
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 10-00731 LHK                                         2